**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Torres HYMON, Defendant–Appellant.**

**No. 05–10682.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. _See_ Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007 *.

Filed April 18, 2007.

Kathleen Bliss, Esq., USLV–Office of the U.S. Attorney, Lloyd George Federal Bldg., Las Vegas, NV, for Plaintiff–Appellee.

Robert G. Lucherini, Law Offices of Robert Lucherini, Esq., Las Vegas, NV, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM **

Torres Hymon appeals from his guilty-plea conviction and 87–month sentence for conspiracy to engage in a racketeer influenced corrupt organization, in violation of 18 U.S.C. § 1962(d). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hymon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Hymon filed a pro se supplemental brief. No answering brief has been filed.

Upon review of the briefs and the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–85, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**